NO. 04-15-00610-CV

IN THE COURT OF APPEALS
FOR THE FOURTH JUDICIAL DISTRICT OF TEXAS
AT SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/10/15 11:40:27 AM
KEITH E. HOTTLE
Clerk

LAREDO MERCHANTS ASSOCIATION,

*Appellant,*

v.

CITY OF LAREDO, TEXAS

*Appellee.*

*Appeal from Cause No. 2015-CVQ-001077-D3; 341st Judicial District Court of Webb County, Texas;
Honorable Beckie Palomo Presiding*

CERTIFICATE OF CONFERENCE

I certify that I conferred with Appellee's counsel and they indicated the following with regards to **Motion of Appellant Laredo Merchants Association to Extend Time to File Brief:**

_____X_____ Agrees with the Motion

_____ Opposes the Motion

_____ Did not Respond

/s/ Gabriel C. Gonzalez____
**GABRIEL C. GONZALEZ**
**Attorney for Appellant**

LPBSERVER:Chris:98122.677:Court of Appeals:Cert. of Conf.03.doc